PETER EKET INYANG UDOH, Plaintiff, v. THE IBIBIO TRADING CORPORATION, LTD., Defendant. In the Matter of the Application of HENRY SHUMAN, as Temporary Receiver, Respondent, for an Order Directing the Examination of JULIAN B. BEATY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARTIN J. COHEN, as Administrator, etc., of PAULINE COHEN, Deceased, to Discover Property Withheld. FRANK LEVY and MINNIE LEVY.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEW YORK LIFE INSURANCE COMPANY v. HYMAN LINDENBLATT and LENA LINDENBLATT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MCDONALD.— Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACK L. STULSAFT v. MERCER TUBE & MANUFACTURING COMPANY. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EUGENIE R. GARDNER, Also Known as DOROTHY R. GARDNER, v. POWELL CRICHTON, as Executor, etc., Impleaded with Mrs. HENRY C. GARDNER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: DOROTHY LIND MARKS v. NORMAN L. MARKS.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN M. HARTZBERG and Another v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IDA SCHERER v. UNION RAILWAY COMPANY OF NEW YORK CITY and THOMAS E. VAUGHAN and ANTHONY TYSZKA.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by appellants, Thomas E. Vaughan and Anthony Tyszka, of the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IDA SCHERER v. UNION RAILWAY COMPANY OF NEW YORK CITY and THOMAS E. VAUGHAN and ANTHONY TYSZKA.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by appellant, Union Railway Company of New York City, of the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.